| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**ASBET A. ISSAKHANIAN**<br>**440 WESTERN AVE. SUITE 205**<br>**GLENDALE, CA  91201**<br>Phone: (818) 247-6671  Fax:  (818) 551-5487<br>Email: aailaw@gmail.com<br>Bar Number: 184654<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
| **United States Bankruptcy Court**<br>**Central District of California** ||
| In re :<br>**Nazari, Herach**<br><br><br><br><br><br><br><br><br><br>Debtor (s). | CASE NO:  **1:15-bk-10896-MB**<br>CHAPTER  **7**<br><br>**NOTICE OF MOTION AND MOTION TO**<br>**AVOID LIEN UNDER 11 U.S.C. § 552(f)**<br>**(REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:** _____BH FINANCIAL SERVICES LLC A LIMITED LIABILITY COMPANY

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page  1                        **F 4003-2.1.AVOID.LIEN.RP. MOTION**

4. **Type of Case:**
   a. ☒ A voluntary petition under chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: __March 17, 2015____
   b. ☐ An involuntary petition under chapter ☐ 7 ☐ 11 was filed on: _____
      ☐ An order of relief under chapter ☐ 7 ☐ 11 was entered on: _____
   c. ☐ An order of conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of trustee appointed *(if any)*:_____David Gottlieb_____
   b. ☐ Name of attorney of record for trustee *(if any)*:_____

6. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §__704.730(a)(1)_____ (Homestead): Exemption amount claimed on schedules: $__75,000____
   b. ☐ California Code of Civil Procedure §_____ Exemption amount claimed on schedules: $_____
   c. ☐ Other statute *(specify)*: _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a. Date of entry of judgment *(specify)*:___08/11/2009____
b. Case name *(specify)*:____BH v. Nazari_____
   c. Docket number *(specify)*:_08A08904_____
   d. Date of recordation of lien *(specify)*:_06/23/2010_____
   e. Recorder's instrument number or map/book/page *(specify)*:__20100859467_____

8. The property claimed to be exempt is as follows:
   a. Street address *(specify)*:___10902 Haskell Ave. Granada Hills, CA 91344_____
   b. Legal description (specify): LOT 2 OF TRACT NO. 22185, IN CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 634 PAGE 37 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.    APN 2662-019-015    ☐ See attached page

9. Debtor acquired the property claimed exempt on the following date *(specify)*:__08/14/2003____

10. Debtor alleges that the fair market value of the property claimed exempt is: $_538,186____

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Bank of America | ☐ | 10/02/2003 | 320,000.00 | 426,354.00 | 10/02/2003 |
| OCWEN Loan Servicing | ☐ | 12/30/2004 | 132,000.00 | 141,376.00 | 12/30/2004 |
| Citibank (South Dakota) | ☒ | 07/12/2007 | 12,978.58 | 12,978.58 | 07/12/2007 |
| Centurion Bank | ☒ | 10/25/2007 | 8,376.22 | 8,376.22 | 10/25/2007 |
| Sarasota CCM, Inc. | X | 10/26/2009 | 9,237.43 | 9,237.43 | 10/26/2009 |
| Newport Capital Recov. | X | 06/16/2010 | 13,372.26 | 13,372.26 | 06/16/2010 |
| BH Financial Services | X | 06/23/2010 | 12,325.82 | 12,325.82 | 06/23/2010 |
| Citibank (South Dakota) | X | 06/23/2010 | 5,134.15 | 5,134.15 | 06/23/2010 |

_____
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):
  a. ☒ Schedule C listing all exemptions claimed by Debtor
  b. ☐ Appraisal of the property
  c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above
  d. ☒ Recorded Abstract of Judgment
  e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
  f. ☒ Declaration(s)
  g. ☐ Other (*specify*):_____
  _____

13. Total number of attached pages of supporting documentation:_____

14. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Date **September 2, 2015**          */s/ Herach Nazari*
                                     Signature of Debtor

                                     **Herach Nazari**
                                     Printed name of Debtor

Date **September 2, 2015**          */s/ ASBET A. ISSAKHANIAN*
                                     Signature of attorney for Debtor

                                     **ASBET A. ISSAKHANIAN**
                                     Printed name of attorney for Debtor

_____
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

440 Western Ave. Suite 205 Glendale, CA 91201

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 552(f)** (**REAL PROPERTY**) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _05/14/2015___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov

**David Keith Gottlieb (TR)** dkgtrustee@dkgallc.com

**Joseph C Delmotte for creditor BANK OF AMERICA, N.A.** ecfcacb@piteduncan.com

**Gilbert B Weisman, ll** for creditor **American Express Bank FSB** notices@becket-lee.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __September 2, 2015_____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2 , 2015 | **Asbet A. Issakhanian** | */s/ Asbet A. Issakhanian* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 4     **F 4003-2.1.AVOID.LIEN.RP. MOTION**

Main Document    Page 5 of 6

Brian Moynihan, CEO

BANK OF AMERICA
450 AMERICAN ST.
SIMI VALLEY, CA 93065-6285
Via Certified Mail

Ronald M. Faris, CEO

Ocwen Loan Serviceing
3451 HAMMOND AVE.
WATERLOO, IA 50702-5345
Via Certified Mail

David M. Applegate CEO

CITIBANK, N.A

701 East 60th Street North
Sioux Falls, SD 57104
Via Certified Mail

Kenneth I. Chenault, CEO

American Express Bank FSB
50th, 200 Vesey Street,
New York, NY 10285
Via Certified Mail

Michael S. Hunt esq. Attorney for creditor Citibank
151 Bernel Rd. Ste. 8
San Jose CA 95119

Becket and Lee LLP Attorney for creditor American Express Bank FSB
POB 3001
Malvern, PA 19355-0701

Thomas M Ray for creditor American Express Bank FSB

PECK & RAY

301 Howard St. Ste. 830

San Francisco, CA 94105

C T CORPORATION SYSTEM -Agent of Service  BANK OF AMERICA
818 W SEVENTH ST
LOS ANGELES CA 90017
Via Certified Mail

___

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page  5  F 4003-2.1.AVOID.LIEN.RP. MOTION

C T CORPORATION SYSTEM AGENT OF SERVICE CITIBANK N.A
319 S. COTEAU STREET
PIERRE, SD 575013108
Via Certified Mail



SARASOTA CCM INC
39 ELGIN AVE
NORTH KINGSTOWN, RI 02852-5867


Brian N Winn Attorney for creditorSARASOTA CCM INC
110 E. Wilshire Ave. Ste. 212
Fullerton, CA 92832


Newport Capital Recovery Group, LLC
2549 Eastbluff Dr
Newport Beach, CA 92660


Kenneth J. Miele attorney for creditorNewport Capital Recovery Group, LLC
8581 Santa Monica Blvd. #17
Los Angeles, CA 90069

B H Financial Services LLC
1017 La Cienega Blvd # 310,
West Hollywood, CA 90069


Kenneth J. Miele attorney for creditorB H Financial Services LLC
8581 Santa Monica Blvd. #17
Los Angeles, CA 90069

___

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.